NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SCA HYGIENE PRODUCTS AKTIEBOLAG
AND SCA PERSONAL CARE, INC.,**
*Plaintiffs-Appellants,*

**v.**

**FIRST QUALITY BABY PRODUCTS, LLC,
FIRST QUALITY HYGIENIC, INC.,
FIRST QUALITY PRODUCTS, INC., AND
FIRST QUALITY RETAIL SERVICES, LLC,**
*Defendants-Appellees.*

_____

2013-1564

_____

Appeal from the United States District Court for the Western District of Kentucky in No. 10-CV-0122, Chief Judge Joseph H. McKinley, Jr.

_____

**ON MOTION**

_____

**O R D E R**

Appellees move for a 21-day extension of time, until December 16, 2013, to file their principal brief, and for a

SCA HYGIENE PRODUCTS V. FIRST QUALITY BABY PRODUCTS         2

14-day extension of time, until January 16, 2014, for Appellants to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT


 /s/  Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk

s27