**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SCA Hygiene Products AG & SCA Personal Care, Inc.  v.  First Quality Baby Products, LLC et al.

No. 13-1564

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✔] As counsel for: Intellectual Property Owners Association
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [✔] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [✔] Respondent or appellee

My address and telephone are:

Name: Kevin H. Rhodes
Law firm: 3M Innovative Properties Co.
Address: P.O. Box 33427
City, State and ZIP: St. Paul, MN 55133-3427
Telephone: 651-736-4533
Fax #: 651-732-9980
E-mail address: krhodes@mmm.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✔] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 1, 1995

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

March 2, 2015                              /s/ Kevin H. Rhodes
Date                                       Signature of pro se or counsel

cc: see attached

**United States Court of Appeals<br>
for the Federal Circuit**

*SCA Hygiene Products v. First Quality Baby Products*, No. 2013-1564

## CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by INTELLECTUAL PROPERTY OWNERS ASSOCIATION, Attorneys for *Amicus Curiae* to print this document. I am an employee of Counsel Press.

On **March 5, 2015,** counsel has authorized me to electronically file the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to any of the following counsel registered as CM/ECF users:

| | |
|---|---|
| Kenneth P. George<br>(kgeorge@arelaw.com)<br>Charles R. Macedo<br>(cmacedo@arelaw.com)<br>Mark Berkowitz<br>(mberkowitz@arelaw.com)<br>Amster Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016<br>212-336-8000<br>Counsel for Appellees | Martin J. Black<br>(martin.black@dechert.com)<br>Kevin M. Flannery<br>(kevin.flannery@dechert.com)<br>Teri-Lynn A. Evans<br>(teri.evans@dechert.com)<br>Sharon K. Gagliardi<br>(sharon.gagliardi@dechert.com)<br>Dechert LLP<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>(215) 994-4000<br>Counsel for Appellants |

Any counsel for Amicus Curiae appearing at the time of filing, will be served via the CM/ECF e-mail notice.

March 5, 2015                                              /s/ Robyn Cocho<br>
                                                          Robyn Cocho<br>
                                                          Counsel Press