# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 13-1564 - SCA Hygiene Products v. First Quality Baby Products

## Brief of Amicus Curiae Morris Reese in Support of Plaintiffs-Appellants

## <u>ORDER</u>

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief may be filed within 14 days from the date of this order.

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief.

FOR THE COURT

March 06, 2015

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 13-1564 - SCA Hygiene Products v. First Quality Baby Products

The Brief of Amicus Curiae Morris Reese in Support of Plaintiffs-Appellants has been rejected for following reasons:

- The brief does not contain a table of contents. Fed. R. App. P. 28, 29

- The brief does not contain a table of authorities. Fed. R. App. P. 28, 29