FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SCA Hygiene Products Aktiebolog v. First Quality Baby Products

No. 13-1564

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    American Intellectual Property Law Association
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [✓] Amicus curiae    [ ] Cross Appellant
[ ] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Denise W. DeFranco
Law firm: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Address: Two Seaport Lane
City, State and ZIP: Boston, MA 02210
Telephone: 617-646-1670
Fax #: 617-646-1666
E-mail address: denise.defranco@finnegan.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 5, 1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

3/10/15
Date

_(signature)_
Signature of pro se or counsel

cc: Counsel of Record