FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SCA Hygiene Products v. First Quality Baby Products

No. 2013-1564

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se  [✔] As counsel for: See attached sheet.
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant  [✔] Appellee  [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant  [ ] Respondent or appellee

My address and telephone are:

Name: Sandra A. Hudak
Law firm: Amster, Rothstein & Ebenstein LLP
Address: 90 Park Avenue
City, State and ZIP: New York, NY 10016
Telephone: (212) 336-8018
Fax #: (212) 336-8001
E-mail address: shudak@arelaw.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✔] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 03/04/2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✔] Yes  [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

04/06/2015                          /s/ Sandra A. Hudak
Date                                Signature of pro se or counsel

cc: Martin J. Black, Esq.

Please enter my appearance as counsel for:
First Quality Baby Products, LLC, First Quality Hygienic, Inc., First Quality Products, Inc., and First Quality Retail Services, LLC.

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 04/06/2015 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| | |
|---|---|
| Sandra A. Hudak | /s/ Sandra A. Hudak |
| Name of Counsel | Signature of Counsel |

Law Firm: Amster, Rothstein & Ebenstein LLP
Address: 90 Park Avenue
City, State, ZIP: New York, NY 10016
Telephone Number: (212) 336-8018
FAX Number: (212) 336-8001
E-mail Address: shudak@arelaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.