**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SCA HYGIENE PRODUCTS AKTIEBOLAG, et al. v. FIRST QUALITY BABY PRODUCTS, LLC, et al.

No. 2013-1564

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for: Garmin International, Inc., Limelight Networks, Inc., LinkedIn Corp., Mentor Graphics Corporation, Newegg Inc., SAP America, Inc., SAS Institute Inc., Symmetry LLC, Xilinx, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☑ Amicus curiae  ☐ Cross Appellant
☐ Appellant   ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☑ Respondent or appellee

My address and telephone are:

- Name: Philip Warrick
- Law firm: Klarquist Sparkman, LLP
- Address: 121 S.W. Salmon Street, Suite 1600
- City, State and ZIP: Portland, Oregon 97204-2988
- Telephone: (503) 595-5300
- Fax #: (503) 595-5301
- E-mail address: philip.warrick@klarquist.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 07/10/2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

04/21/15                               /s/Philip Warrick
Date                                   Signature of pro se or counsel

cc: see attached

# United States Court of Appeals for the Federal Circuit

*SCA Hygiene Products v. First Quality Baby Products*, No. 2013-1564

## CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by KLARQUIST SPARKMAN, LLP, Attorneys for *Amicus Curiae* to print this document. I am an employee of Counsel Press.

On **April 21, 2015,** counsel has authorized me to electronically file the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to any of the following counsel registered as CM/ECF users:

Kenneth P. George
(kgeorge@arelaw.com)
Charles R. Macedo
(cmacedo@arelaw.com)
Mark Berkowitz
(mberkowitz@arelaw.com)
Amster Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
212-336-8000
*Counsel for Appellees*

Martin J. Black
(martin.black@dechert.com)
Kevin M. Flannery
(kevin.flannery@dechert.com)
Teri-Lynn A. Evans
(teri.evans@dechert.com)
Sharon K. Gagliardi
(sharon.gagliardi@dechert.com)
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000
*Counsel for Appellants*

Any counsel for Amicus Curiae appearing at the time of filing, will be served only via the CM/ECF e-mail notice.

April 21, 2015                                         /s/ Robyn Cocho
                                                              Counsel Press