**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SCA Hygiene Products    v.    First Quality Baby Products

No. 13-1564

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ✓ As counsel for:    see attachment
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ✓ Amicus curiae    ☐ Cross Appellant
☐ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ✓ Respondent or appellee

My address and telephone are:

Name: Gregory G. Rapawy
Law firm: Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Address: 1615 M Street, N.W., Suite 400
City, State and ZIP: Washington, D.C. 20036
Telephone: 202-326-7967
Fax #: 202-326-7999
E-mail address: grapawy@khhte.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 07/08/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ✓ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

04/23/2015                    /s/ Gregory G. Rapawy
Date                          Signature of pro se or counsel

cc: Counsel of Record

# **ATTACHMENT**

<u>Name of Parties Represented</u>:

Dell Inc.
CTIA – The Wireless Association®
Hewlett-Packard Company
Intel Corporation
Xerox Corporation

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Apr 23, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Gregory G. Rapawy | /s/ Gregory G. Rapawy |
| Name of Counsel | Signature of Counsel |

Law Firm: Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Address: 1615 M Street, N.W., Suite 400
City, State, ZIP: Washington, D.C. 20036
Telephone Number: 202-326-7900
FAX Number: 202-326-7999
E-mail Address: grapawy@khhte.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.