**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SCA Hygiene Products   v.   First Quality Baby Products

No. 13-1564

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ✓ As counsel for:    Google Inc.
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ✓ Amicus curiae    ☐ Cross Appellant
☐ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ✓ Respondent or appellee

My address and telephone are:

Name: Suzanne Michel
Law firm: Google Inc.
Address: 25 Massachusetts Avenue, N.W.
City, State and ZIP: Washingon, D.C. 20001
Telephone: 650-253-0000
Fax #: 202-346-1101
E-mail address: stmichel@google.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 08/10/1995

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ✓ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

04/23/2015                                /s/ Suzanne Michel
Date                                      Signature of pro se or counsel

cc: Counsel of Record

Form 30

**FORM 30. Certificate of Service**

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Apr 23, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Suzanne Michel | /s/ Suzanne Michel |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Google Inc.
Address: 25 Massachusetts Avenue, N.W.
City, State, ZIP: Washington, D.C. 20001
Telephone Number: 650-253-0000
FAX Number: 202-346-1101
E-mail Address: stmichel@google.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.