Form 9

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SCA HYGIENE PRODUCTS AKTIEBOLAG v. FIRST QUALITY BABY PRODUCTS, LLC

No. 2013-1564

## CERTIFICATE OF INTEREST

Counsel for the ~~(petitioner)~~ ~~(appellant)~~ ~~(respondent)~~ ~~(appellee)~~ (amicus) (name of party) Electronic Frontier Found., Public Knowledge certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Electronic Frontier Foundation, Public Knowledge

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Vera Ranieri of Electronic Frontier Foundation

04/24/2015
Date

/s/ Vera Ranieri
Signature of counsel

Vera Ranieri
Printed name of counsel

Please Note: All questions must be answered
cc: All counsel of record

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2015, I caused copies of the foregoing to be served by electronic means via the Court's CM/ECF system on all counsel registered to receive electronic notices.

/s/ Vera Ranieri
Vera Ranieri